EXHIBIT 11



| Original Mother and Child Oval-Shaped Design | Coloron's Infringing Set |