## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Richline Group, Inc. and
Janel Russell Designs, Inc.

                              Plaintiffs,

v.
                                             Civil No. _____

Coloron Jewelry, Inc. d/b/a Coloron
Jewelry Manufacturing, Ilan Lavian and
Dmitry Marmershteyn

                              Defendants

## PLAINTIFF JANEL RUSSELL DESIGNS, INC.'S CORPORATE
## DISCLOSURE STATEMENT

Janel Russell Designs, Inc. makes the following disclosure pursuant to the Federal

Rules of Civil Procedure 7.1:

1.    Does Plaintiff have a parent corporation?

            _____ Yes        ___X___ No

2.    Is 10% or more of the stock of Plaintiff owned by a publicly held corporation?

            _____ Yes        ___X___ No

                              Respectfully Submitted,

**Date:**  October 18, 2011          /s/Peter G. Nikolai
                                     Peter G. Nikolai (#322,052)
                                     James T. Nikolai (#144,101)
                                     NIKOLAI & MERSEREAU, P.A
                                     900 Second Avenue South, Suite 820
                                     Minneapolis, MN 55402
                                     Telephone: (612) 339-7461
                                     Facsimile: (612) 349-6556

1

**ATTORNEYS FOR PLAINTIFFS**
**RICHLINE GROUP, INC. AND**
**JANEL RUSSELL DESIGNS, INC.**